| | |
|---|---|
| Submit this form by e-mail to: | |
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov | For Los Angeles criminal duty. |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov | For Santa Ana criminal duty. |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov | For Riverside criminal duty. |

CLERK, U.S. DISTRICT COURT

02/16/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: 5:22-mj-00096 |
|---|---|---|
| V. | | |
| Russell Herman Fletcher (1) | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 61456-509 | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 02/16/2022 at 8:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of Califonia on 02/16/2022 at 8:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   18 USC 3148

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1961

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: Cesar Perez (please print)

12. Office Phone Number: 951-276-6120

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 02/16/2022

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION