# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
02/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES OF AMERICA

v.

Russell Herman Fletcher (1)

**WARRANT FOR ARREST**

Case Number: 21-cr-02708-CAB

5:22-mj-00096

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Russell Herman Fletcher (1)_____
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

☒ Pretrial Violation

charging him or her with (brief description of offense):

[RECEIVED U.S. MARSHALS-S/CA 2022 JAN -7 AM 11:43]

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill                                  Clerk of the Court
Name of Issuing Officer                        Title of Issuing Officer

s/ T. Hernandez                               1/7/2022, San Diego, CA
Signature of Deputy                            Date and Location

Bail fixed at $ ___NO BAIL___   by   The Honorable Ruth Bermudez Montenegro
                                      Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

